**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: R.S., A MINOR | : | No. 124 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: C.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: D.S, A MINOR | : | No. 125 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: C.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: D.S., A MINOR | : | No. 126 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: C.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.S., A MINOR | : | No. 127 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: C.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: Z.S., A MINOR | : | No. 128 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: C.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.